SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Wen Q. Zhu, et al<br><br>Defendants. | Case No.: CIV.S 08-cv-01559-WBS-KJM<br><br>**STIPULATION TO SET ASIDE DEFAULT AND** *Proposed* **ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Scott N. Johnson, and Defendant, Joseph Loong Sang Cheung, by and through their attorneys of record (Scott N. Johnson; Robert C. Lorbeer) that the Plaintiff's Entry of Default against Defendant Joseph Loong Sang Cheung is hereby set aside. This stipulation is based upon the following facts constituting good cause: Defendant Joseph Loong Sang Cheung is represented by Counsel,

Robert C. Lorbeer, of Robert C. Lorbeer, Attorney at Law. Unfortunately, representation was not confirmed until after the deadline to file an Answer because of the Clerk's Entry of Default.

IT IS FURTHER STIPULAED that Defendant, Joseph Loong Sang Cheung, will file an Answer within two (2) weeks of the Entry of Default being set aside.

Dated: March 10, 2009 /s/ Robert C. Lorbeer_____
ROBERT C. LORBEER,
Attorney for Defendant,
**JOSEPH LOONG SANG CHEUNG**

Dated: March 9, 2009 /s/Scott N. Johnson_____
SCOTT N. JOHNSON,
Attorney for Plaintiff,
**SCOTT N. JOHNSON**

**IT IS SO ORDERED**:

As the parties have so stipulated, Plaintiff's Entry of Default against Defendant, Joseph Loong Sang Cheung, is hereby set aside.

**IT IS FURTHER ORDERED** that Defendant Joseph Loong Sang Cheung shall file an Answer within two (2) weeks of the date of this order.

Dated: March 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE