SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>Wen Q. Zhu, et al<br><br><br><br>  Defendants | Case No.: CIV.S 08-cv-01559-WBS-KJM<br><br>**STIPULATION AND ORDER RE: REQUEST FOR UPDATED SCHEDULING ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the Status (Pretrial Scheduling) Order issued December 12, 2008, be re-issued with new dates.  A Request for Entry of Default against Defendant Joseph Loong Sang Cheung was filed on January 29, 2009.  Plaintiff received a Clerk's Entry of Default against this Defendant on February 2, 2009.  A Stipulation and Order to Set Aside the Default against

1

1  Defendant, Joseph Loong Sang Cheung, was filed on March 11, 2009.  On March 12, 2009, the
2  Stipulation was granted and Defendant, Joseph Loong Sang Cheung, was to file an answer within
3  two weeks of the date of the order.  Defendant, Joseph Loong Sang Cheung, filed an answer on
4  March 23, 2009.  The Parties hereby request that the Court re-issue a new scheduling order with
5  new dates because of the ongoing litigation.  The Parties agree on the following proposed dates:
6  August 2009 for initial disclosures; October 2009 to produce reports and experts for discovery;
7  December 15, 2009 for any depositions; and February of 2010 for any motions and the hearing
8  of motions.  Courtroom deputy will set Pretrial and Trial dates.

11  Dated:  June 12, 2009                          LAW OFFICES OF JAMES B. MACY

13                                                  /s/ James B. Macy_____
14                                                  JAMES B. MACY,
15                                                  Attorneys for Defendants,
16                                                  WEN Q. ZHU; ZHENGXIANG WANG

18  Dated:  June 12, 2009                          ROBERT C. LORBEER, Attorney At Law

20                                                  /s/__Robert C. Lorbeer_____
21                                                  ROBERT C. LORBEER,
22                                                  Attorney for Defendant,
23                                                  JOSEPH LOONG SANG CHEUNG

2

STIPULATION and ORDER                                                    CIV: S-08-cv-01559-WBS-KJM

1
2  Dated: June 12, 2009                              DISABLED ACCESS PREVENTS INJURY, INC.
3
4                                                           /s/ Scott N. Johnson_____
5                                                           SCOTT N. JOHNSON,
                                                            Attorney for Plaintiff
6
7
8  **IT IS SO ORDERED** that the dates set in the Scheduling Order issued December 12, 2008 are hereby VACATED and reset as follows:
9
10 Initial Disclosures no later than:                                             August 21, 2009
11 Disclose experts and produce reports no later than:                            October 13, 2009
12 Disclose rebuttal experts and reports no later than:                           October 27, 2009
13 All discovery, including depositions and motions to compel,
14 shall be completed by:                                                         December 15, 2009
15 All motions, except motions for continuances, temporary restraining
16 orders or other emergency applications, **shall be filed** and noticed for
17 the next available hearing date on or before:                                  February 8, 2010.
18 The Pretrial Conference is reset for:                                          April 19, 2010 at 2:00 p.m.
19 The Jury Trial is reset for:                                                   June 15, 2010 at 9:00 a.m.
20 The parties shall refer to the Court's December 12, 2008 Scheduling Order (incorporated herein
21 by reference) for all further procedures and filings of all pretrial documents.
22
23 Dated:   June 16, 2009
24
25                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
26
27
28